JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANON INC., a Japanese corporation, | Case No. 2:19-CV-03978-AB-RAO |
| Plaintiff, | |
| v. | **FINAL JUDGMENT AND PERMANENT INJUNCTION** |
| V4INK, INC., a California corporation, | |
| Defendant. | |

The Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

1. Default judgment is entered in favor of Canon and against Defendant V4INK, Inc. ("V4INK").

2. Effective as of the date this final judgment is entered by the Court and continuing until the respective expiration dates of U.S. Patent Nos. 8,588,646 (the "'646 patent"); 7,869,740 (the "'740 patent"); 8,165,494 (the "'494 patent"); 8,971,760 (the "'760 patent"); 9,494,916 (the "'916 patent"); 9,857,763 (the "'763 patent"); and 10,162,304 (the "'304 patent"), V4INK and its subsidiaries, affiliates, officers, directors, agents, servants, employees, successors, and assigns, and all other persons and organizations in active concert or participation with it, be permanently enjoined and restrained from engaging in any of the following activities:

    (a) making, selling, or offering for sale in the United States, or importing into the United States, (i) any of the accused toner cartridges identified in the complaint in this action (*i.e.*, toner cartridges bearing the designations 131A BK, 131A C, 131A Y, 131A M, CE410X, CE411A, CE412A, and CE413A), and (ii) any other toner cartridge that is not more than colorably different than (i) and falls within the scope of at least one claim of at least one of the '646 patent, the '740 patent, the '494 patent, the '760 patent, the '916 patent, the '763 patent, or the '304 patent;

    (b) otherwise directly infringing, contributorily infringing, or inducing infringement of any of the claims of the '646 patent, the '740 patent, the '494 patent, the '760 patent, the '916 patent, the '763 patent, or the '304 patent with respect to (i) any of the accused toner cartridges identified by model designation in the complaint in this action (*i.e.*, toner cartridges bearing the designations 131A BK, 131A C, 131A Y, 131A M, CE410X, CE411A, CE412A, and CE413A), and (ii) any other toner cartridge that is not more than colorably different than (i) and falls within the scope of at least one claim of at least one of the '646 patent, the

'740 patent, the '494 patent, the '760 patent, the '916 patent, the '763 patent, or the '304 patent; and

    (c)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) and (b) above.

IT IS SO ORDERED:

Dated: October 21, 2019

                              Honorable André Birotte Jr.
                              United States District Court Judge